AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOHN JOSEPH BENGIS

v.

RICHARD MOSS, ESQ., et al.

**APPEARANCE**

Case Number: 08-CV-4237 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendants Richard Moss, Esq., and Kramer Levin Naftalis and Frankel LLP.

I certify that I am admitted to practice in this court.

June 13, 2008
Date

*[Signature]*
Signature

Thomas H. Moreland          TM-3927
Print Name                  Bar Number

1177 Avenue of the Americas
Address

New York         NY         10036
City             State      Zip Code

(212) 715-9100              (212) 715-8000
Phone Number                Fax Number