```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOHN JOSEPH BENGIS,                 :
                                    :
            Plaintiff,              :    08 Civ. 4237 (JSR)
                                    :
       -v-                          :    ORDER
                                    :
RICHARD MOSS, ESQ., an individual,  :
and KRAMER LEVIN NAFTALIS & FRANKEL :
LLP, a Limited Liability            :
Partnership,                        :
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, <u>see</u> transcript, 7/24/08, defendants' motion to dismiss is granted. Clerk to enter judgment.

    SO ORDERED.

                                                          _____
                                                          JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 24, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```